DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAE ANN LARATRO,**
Appellant,

v.

**G.L. HOMES OF FLORIDA CORPORATION,** a Florida Profit
Corporation,
Appellee.

No. 4D21-2212

[February 16, 2022]

Appeal of a nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Laurie E. Buchanan, Judge; L.T. Case No. 562021CA000292.

Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, and Kelsey C. Burke of Felice Ehrlich & Naparstek, West Palm Beach, for appellant.

Elliot B. Kula, W. Aaron Daniel, and William D. Mueller of Kula & Associates, P.A., Miami, and Eric J. Neuman of Neuman Law, P.A., Boca Raton, for appellee.

PER CURIAM.

We accept Appellee's confession that this case is controlled by *Dewees v. Johnson*, 329 So. 3d 765 (Fla. 4th DCA 2021). The order compelling arbitration is reversed and remanded for further proceedings.

*Reversed and remanded.*

CONNER, C.J., CIKLIN and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***